B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–48061**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Colin Jacob Cantwell | Leslie Anne Cantwell |
| 824 Cole Court | fka Leslie Anne Dewey |
| Plano, IL 60545 | 824 Cole Court |
| | Plano, IL 60545 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–4971                                               xxx–xx–4049

Employer Tax ID / Other nos.:


## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


FOR THE COURT

Dated: <u>February 22, 2012</u>                <u>Kenneth S. Gardner, Clerk</u>
                                                                 United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                       Case No. 11-48061-BWB
Colin Jacob Cantwell                                         Chapter 7
Leslie Anne Cantwell
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 2                  Date Rcvd: Feb 22, 2012
                               Form ID: b18                 Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2012.
db/jdb        +Colin Jacob Cantwell,    Leslie Anne Cantwell,    824 Cole Court,    Plano, IL 60545-9815
18110556      +Centrue Bank,    15 West South Street,    Plano, IL 60545-1734
18110559      +Dupage County Employee,    421 N County Farm Rd,    Wheaton, IL 60187-3992
18110560     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    38 Fountain Sq. Plaza; Fifth Third Ctr,
                Cincinnati, OH 45263)
18110561      +Fifth Third Bank,    5001 Kingsley Dr,   Cincinnati, OH 45227-1114
18110563      +Herbert Stith,    1131 Randall Court,   Geneva, IL 60134-3911
18110566      +Lakewood Crossing Homeowners Association,    c/o Foster/Premier, Inc.,    750 Lake Cook Road #190,
                Buffalo Grove, IL 60089-2084
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18110553       EDI: HNDA.COM Feb 23 2012 02:13:00      American Honda Finance,    2170 Point Blvd Ste 100,
                Elgin, IL 60123
18110554      +EDI: BANKAMER.COM Feb 23 2012 02:13:00      Bank Of America,    P.O. Box 26012,    NC4-105-03-14,
                Greensboro, NC 27420-6012
18110555      +EDI: BANKAMER.COM Feb 23 2012 02:13:00      Bank Of America, N.A.,    P.O. Box 26012,
                NC4-105-03-14,    Greensboro, NC 27420-6012
18110557      +E-mail/Text: MELANIE.BARICKMAN@CENTRUE.COM Feb 23 2012 03:43:12      Centrue Bank,
                122 W. Madison Street,    Ottawa, IL 61350-5017
18110558      +EDI: CHASE.COM Feb 23 2012 02:13:00      Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18110564      +EDI: HFC.COM Feb 23 2012 02:13:00      Hsbc/ Best Buy,    1405 Foulk Road,
                Wilmington, DE 19803-2769
18110565      +EDI: CBSKOHLS.COM Feb 23 2012 02:13:00      Kohls / Capone,    N56 W 17000 Ridgewood Drive,
                Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18110562*    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,    Fifth Third Center,
                Cincinnati, OH 45263)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2012**               **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: dwilliams            Page 2 of 2            Date Rcvd: Feb 22, 2012
                               Form ID: b18               Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2012 at the address(es) listed below:
          Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
          Heather M Giannino    on behalf of Creditor   Centrue Bank heathergiannino@hsbattys.com,
           shellyhood@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Mohammed O Badwan    on behalf of Debtor Colin Cantwell courtinfo@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                     TOTAL: 4